164 So. 213

### Paul HUGHES v. STATE.
### 7 Div. 351.

Supreme Court of Alabama.
Nov. 21, 1935.

Chas. F. Douglass, of Anniston, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws and Wm. H. Loeb, Asst. Attys. Gen., for the State.

GARDNER, Justice.

Petition of Paul Hughes for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hughes v. State, 26 Ala. App. 544, 164 So. 211.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.